IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| David B. Arial and Margaret T. Arial, <br><br> Plaintiffs, <br><br> v. <br><br> Allstate Insurance Company, <br><br> Defendant. | CIVIL ACTION NO. 3:14-cv-02369-JFA <br><br> **ORDER GRANTING JOINT MOTION TO REMAND** |

This matter comes before the Court on the parties' Joint Motion to Remand (ECF No. 24), wherein the parties have agreed that this matter should be remanded to the Court of Common Pleas for Lexington County, South Carolina. Plaintiffs have stipulated that the amount in controversy in this action does not exceed $74,999.00.

WHEREFORE, the Court grants the parties' Joint Motion to Remand, and this action is remanded to the Court of Common Pleas for Lexington County, South Carolina.

IT IS SO ORDERED.

*/s/ Joseph F. Anderson, Jr.*

December 30, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge